IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ALTON SHARAN SAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 123-083 |
| ) | |
| THE PREMISES AND REAL PROPERTY ) | |
| WITH BUILDINGS, APPURTENANCES, ) | |
| AND IMPROVEMENTS AT CLARKS ) | |
| PLACE, ROAD CALLED "LANDFILL ) | |
| BUFFER/FUTURE EXPANSION", TAX ) | |
| PARCEL NO.: 082040A, CONSISTING ) | |
| OF APPROXIMATELY 106.94 ACRES ) | |
| LOCATED IN WAYNESBORO, ) | |
| GEORGIA, 30830, and ) | |
| THE PREMISES AND REAL PROPERTY ) | |
| WITH BUILDINGS, APPURTENANCES, ) | |
| AND IMPROVEMENTS AT CLARKS ) | |
| PLACE, ROAD CALLED "LAND/", TAX ) | |
| PARCEL NO.: 082040, CONSISTING OF ) | |
| APPROXIMATELY 132.96 ACRES, ) | |
| LOCATED IN WAYNESBORO, ) | |
| GEORGIA, 30830, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) The Court **OVERRULES** all objections and **DENIES** all requests contained therein concerning the terms of dismissal for this case. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA